JEROME M. PITOFSKY, by LOUIS PITOFSKY, His Guardian ad Litem, et al., Appellants, v. DALU CORPORATION, Respondent, Impleaded with Others.

Argued March 9, 1942; decided April 23, 1942.

*David N. Aberman* for appellants.

*Robert H. Charlton* for respondent.

Judgment of Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground there were issues of fact presented which required a jury trial. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., and DESMOND, J.